### 17772.   HARVEY v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the special ground of the motion for a new trial shows no error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Making intoxicating liquor; from Morgan superior court—Judge Park. November 1, 1926.

*Percy Middlebrooks, E. R. Lambert,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 255, n. 53.